# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144764

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH JOVAN-MARCUS WARD,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC:  144764
COA:  306623
Kent CC:  08-002437-FH;
09-001873-FH

On order of the Court, the application for leave to appeal the January 13, 2012 order of the Court of Appeals is considered, and it is DENIED as moot.  The trial court granted the defendant's post-sentencing request for jail credit, as demonstrated by the amended judgment of sentence, entered September 22, 2011.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012 _____

s0618

_____
Clerk